TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00016-CR







Andy Griffin, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 006019, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was originally due to be filed on March 20, 2002. The court
reporter informed the Court that the record would be completed by May 13, 2002. The reporter's
record has not been received.

The court reporter for the 299th District Court, Mr. Leon Justice, is ordered to file the
reporter's record no later than July 8, 2002. No further extension of time will be granted.

It is ordered June 7, 2002.


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish